UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

CHARLES A. DUNN SR.,
Plaintiff,

v.

ESSENTIAL MEDIA GROUP LLC,
Defendant.

FILED BY _____ D.C.

MAY 0 1 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

COMPLAINT FOR COPYRIGHT INFRINGEMENT, DECLARATORY RELIEF, AND
ACCOUNTING (17 U.S.C. §§ 101 et seq.; 28 U.S.C. §§ 2201–2202).

I.      NATURE OF THE ACTION

1.  This is an action for copyright infringement under the Copyright Act of 1976, 17 U.S.C.
    §§ 101 et seq., and for declaratory relief and accounting under 28 U.S.C. §§ 2201–2202.
2.  This action arises from Defendant's unauthorized reproduction, distribution, licensing,
    and monetization of a sound recording that incorporates and embodies the copyrighted
    musical composition "Everything Is You," including through commercial release and
    digital distribution.
3.  Plaintiff is a joint author and co-owner of the musical composition and brings this action
    solely with respect to his rights in that composition.
4.  Plaintiff does not assert ownership of any master sound recording, and all claims are
    limited to the underlying musical composition.

II.     JURISDICTION AND VENUE

5.  This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a), as
    this action arises under the Copyright Act, 17 U.S.C. §§ 101 et seq.
6.  This Court has authority to grant declaratory relief pursuant to 28 U.S.C. §§ 2201–2202.
7.  This Court has personal jurisdiction over Defendant because Defendant has purposefully
    directed its business activities toward this District by distributing, licensing, and
    monetizing the infringing work through nationwide and internet-based commercial
    channels that are accessible to and used by consumers within this District.
8.  Venue is proper in this District pursuant to 28 U.S.C. § 1391(b)(2) because a substantial
    part of the events giving rise to the claim occurred in this District, including the
    distribution, public availability, and consumption of the infringing work within this
    District through commercial and digital channels.

### III.    PARTIES

9.  Plaintiff Charles A. Dunn Sr. is an individual and a co-owner of the musical composition "Everything Is You."
10. Defendant Essential Media Group LLC is, upon information and belief, a business entity engaged in the acquisition, distribution, licensing, and exploitation of sound recordings and related intellectual property.

### IV.    COPYRIGHT REGISTRATION AND OWNERSHIP

11. The musical composition "Everything Is You" is the subject of a valid copyright registration issued by the United States Copyright Office, Registration No. EU 683338, which was in effect prior to the filing of this action.
12. The registered authors of the composition are:

- Cedric Clements
- Charles A. Dunn
- Richard Brown Jr.

13. Plaintiff is a joint author and co-owner of the copyrighted composition.
14. Plaintiff brings this action solely with respect to the composition and does not assert any ownership interest in any master sound recording.

### V.    PLAINTIFF'S AUTHORITY TO ENFORCE

15. As a co-owner of the copyrighted composition, Plaintiff has the independent right to bring an action for infringement.
16. Plaintiff is authorized to enforce rights in the composition, including through litigation and recovery of damages, consistent with his ownership interest.

### VI.    DEFENDANT'S UNAUTHORIZED CONDUCT

17. Defendant has reproduced, distributed, licensed, and monetized a sound recording that incorporates and embodies the composition "Everything Is You," including through commercial release and digital distribution.
18. Upon information and belief, Defendant has engaged in such exploitation through commercial channels, including digital distribution and revenue-generating platforms accessible within this District.
19. Defendant has not obtained authorization, license, or permission from Plaintiff to exploit the composition.
20. Defendant has failed to provide any accounting or compensation to Plaintiff.
21. Defendant's conduct constitutes infringement under 17 U.S.C. § 501.
22. Defendant's infringement is ongoing.

COUNT I – COPYRIGHT INFRINGEMENT

(17 U.S.C. § 501)

23. Plaintiff repeats and alleges the foregoing paragraphs.
24. Plaintiff has a valid copyright interest in musical composition.
25. Defendant has infringed Plaintiff's copyright by reproducing, distributing, licensing, and otherwise exploiting the composition without authorization.
26. Defendants' actions have caused Plaintiff damage.
27. Defendant's conduct has been willful, including continued exploitation after notice of Plaintiff's rights, or, at minimum, in reckless disregard of those rights and the requirement to obtain authorization prior to exploitation.

COUNT II – DECLARATORY RELIEF

(Unauthorized Exploitation of Composition Through Sound Recording)

28. Plaintiff repeats and alleges the foregoing paragraphs.
29. Defendant has exploited and continues to exploit a sound recording embodying the composition "Everything Is You."
30. Upon information and belief, Defendant has distributed, licensed, and monetized that sound recording through commercial channels.
31. Defendant's exploitation of the sound recording necessarily requires authorization to use the underlying musical composition, which Defendant has not obtained from Plaintiff.
32. Defendant's continued exploitation therefore infringes Plaintiff's exclusive rights in the composition.
33. An actual and justiciable controversy exists regarding whether Defendant is authorized to exploit the composition embodied in the sound recording.
34. Plaintiff seeks a declaration that Defendant's exploitation of the composition is unauthorized.

COUNT III – ACCOUNTING

35. Plaintiff repeats and alleges the foregoing paragraphs.
36. Defendant has generated revenue from the exploitation of the composition.
37. The amount of such revenue is unknown to Plaintiff and within Defendant's exclusive control.
38. An accounting is necessary because the relevant financial information is solely within Defendant's possession and cannot be ascertained by Plaintiff without discovery.

PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court:

a. Enter judgment in favor of Plaintiff on all Counts.

b. Declare that Defendant is not authorized by Plaintiff to exploit the composition.

c. Award Plaintiff damages, including statutory damages under 17 U.S.C. § 504;

d. Award costs and attorneys' fees under 17 U.S.C. § 505;

e. Grant injunctive relief under 17 U.S.C. § 502;

f. Order a full accounting of Defendant's revenues.

g. Grant such other and further relief as the Court deems just and proper.

DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted,

*Charles A Dunn Sr 4/15/26*

Charles A. Dunn Sr.
Plaintiff, Pro Se
2340 Coolbrook Ct.
Oviedo, FL 32766
Charlesdunn37@gmail.com